UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DACOREY SATTERWHITE,<br><br>Plaintiff,<br><br>v.<br><br>RANDY PACKWOOD, et al.,<br><br>Defendants. | Case No. 24-cv-09524-NW<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: ECF No. 6 |

On December 31, 2024, Plaintiff DaCorey Satterwhite filed a complaint against Defendants Randy Packwood, Brian Sylas, Jose Sandoval, and Courage to Change. ECF No. 1. On January 16, 2025, the Court issued an order granting Plaintiff's application to proceed *in forma pauperis* and screen the complaint. ECF No. 4. The Court identified several deficiencies in Plaintiff's complaint. *Id*. The Court set a deadline of February 18, 2025, for Plaintiff to file an amended complaint. *Id*. Plaintiff did not file an amended complaint by that deadline. The Court extended Plaintiff's deadline to file an amended complaint until March 19, 2025. ECF No. 5. Plaintiff did not file an amended complaint by that deadline. On April 3, 2025, the magistrate judge, who was assigned to this case, issued an order for reassignment to a district judge and a report and recommendation of dismissal for failure to prosecute. ECF No. 6. The matter was reassigned to the undersigned judge.

Plaintiff is ordered to show cause why this case should not be terminated for failure to prosecute. *See* Federal Rule of Civil Procedure 41(b). If Plaintiff opposes the order to show cause, by no later than **Friday, May 9, 2025**, Plaintiff must file an opposition and serve it on the Defendants. If Plaintiff fails to timely file an opposition, the Court will dismiss this action without

prejudice.

A hearing on the order to show cause is set for **Wednesday, May 28, 2025, at 10:00 a.m.** in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. Plaintiff must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: April 23, 2025

_____
Noël Wise
United States District Judge