UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DACOREY SATTERWHITE,<br><br>Plaintiff,<br><br>v.<br><br>RANDY PACKWOOD, et al.,<br><br>Defendants. | Case No. 24-cv-09524-NW<br><br>**ORDER VACATING ORDER TO SHOW CAUSE HEARING; DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>Re: ECF No. 9 |

On December 31, 2024, Plaintiff DaCorey Satterwhite filed a complaint against Defendants Randy Packwood, Brian Sylas, Jose Sandoval, and Courage to Change. ECF No. 1. On January 16, 2025, the Court issued an order granting Plaintiff's application to proceed *in forma pauperis* and screened the complaint. ECF No. 4. The Court identified several deficiencies in Plaintiff's complaint. *Id*. The Court set a deadline of February 18, 2025, for Plaintiff to file an amended complaint. *Id*. Plaintiff did not file an amended complaint by that deadline. The Court extended Plaintiff's deadline to file an amended complaint until March 19, 2025. ECF No. 5. Plaintiff did not file an amended complaint by that deadline. On April 3, 2025, the magistrate judge, who was assigned to this case, issued an order for reassignment to a district judge and a report and recommendation of dismissal for failure to prosecute. ECF No. 6. The matter was reassigned to the undersigned judge.

On April 23, 2025, the Court ordered Plaintiff to show cause why this case should not be dismissed for failure to prosecute and set a deadline for Plaintiff to file an opposition by May 9, 2025. ECF No. 9. Plaintiff has not filed an opposition, an amended complaint, nor contacted the Court to request an extension. Therefore, Plaintiff's action is hereby DISMISSED for failure to prosecute. Fed. R. Civ. Pro. 16(f).

The Court VACATES the hearing set for May 28, 2025, at 10:00 a.m., and directs the Clerk to dismiss this case.

**IT IS SO ORDERED.**

Dated: May 14, 2025

Noël Wise
United States District Judge